ALEX PISCIOTTA, Appellant, *v.* CITY OF NEW YORK, Respondent, et al., Defendants.

Submitted April 10, 1950; decided April 13, 1950.

Motion for reargument denied. Motion to amend the remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: " Upon this appeal there was presented and necessarily passed upon a question of the interpretation of a Federal Statute, namely, the Federal Soldiers and Sailors Civil Relief Act (U. S. Code, tit. 50, Appendix, § 510 *et seq.*). This Court held that the federal statute did not supersede or suspend the provisions of the Administrative Code of the City of New York, Section 93C–2.0." [See 300 N. Y. 664.]